SAUL EWING LLP
James A. Keller, Esq.
Amy L. Piccola, Esq.
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
 *Attorneys for Defendant Rutgers University*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>     Plaintiff,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY,<br><br>     Defendant. | Case No.: 3:23-cv-22385-ZNQ-DEA<br><br>**NOTICE OF CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Motion Day: December 18, 2023<br>(Motion Filed with Consent)<br><br>Oral argument *not* requested |

TO:  Kimberly C. Lau
      Grant R. Cornehls
      James E. Figliozzi
      WARSHAW BURNSTEIN, LLP
      575 Lexington Avenue
      New York, New York 10022
      *Attorneys for Plaintiff John Doe*

   **PLEASE TAKE NOTICE** that on December 18, 2023, Defendant Rutgers

University, The State University of New Jersey ("Rutgers" or the "University") by

and through its counsel, shall move before the Honorable Zahid N. Quraishi, U.S.D.J. at the United States District Court, District of New Jersey, Clarkson S. Fisher Building, & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order extending the University's deadline to respond to the Complaint to January 22, 2024.

Respectfully submitted,

**SAUL EWING LLP**

*/s/ Amy L. Piccola*
Amy L. Piccola, Esq.
1500 Market Street
3800 Centre Square West
Philadelphia, PA  19102
(215) 972-8405
Amy.piccola@saul.com
*Attorney for Defendant Rutgers, The State University of New Jersey*

Dated:  December 15, 2023

51481500.1