

**GRANT R. CORNEHLS**
Direct Dial: (212) 984-7819
Email: gcornehls@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
Tel: 212-984-7700
www.wbny.com

January 17, 2023

**BY ECF**

Hon. Douglas E. Arpert
United States Magistrate Judge
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    <u>Doe v. Rutgers, The State University of New Jersey</u>, Civ. No. 23-22385 (ZNQ)(DEA)

Dear Judge Arpert:

      This firm represents the plaintiff in the above-referenced civil action. We write with respect to the Court's Order dated January 11, 2024 [ECF No. 14], which granted plaintiff's motion [ECF No. 3] for the admission of certain attorneys *pro hac vice* as co-counsel for plaintiff. A copy of the order is enclosed herewith.

      In the Order, it appears that the Court confused the name of the moving attorney, Grant R. Cornehls, with the name of James E. Figliozzi, one of the attorneys whose admission was sought by way of the motion. We respectfully request that the Court enter an amended order correcting the name of the attorney admitted. We have enclosed a proposed amended order.

      We have conferred with counsel for defendant in advance of this letter, who consents to entry of the proposed amended order. We thank the Court for its consideration of this matter.

Respectfully,

Grant R. Cornehls

{1645353.1 }

WARSHAW BURSTEIN, LLP

Hon. Douglas E. Arpert
January 17, 2024
p. 2

Enclosures

cc:   Amy L. Piccola, Esq.

{1645353.1 }