UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE<br><br>Plaintiff(s)<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY<br><br>Defendant(s) | Civil Action No. 3:23-cv-22385-ZNQ-DEA<br><br>**CLERK'S ORDER** |

This matter having come before the Court upon the filing of a Pro Hac Vice Request for NEF, filed on January 29, 2024 by Amy L. Piccola, counsel for the defendant in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

☐ a. An overpayment has been made by the filer; **OR**

☐ b. A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☒ c. A duplicate, identical a Pro Hac Vice Request for NEF was filed more than once by the same attorney or the same law firm; **OR**

☐ d. This filing does not require a filing fee; and for good cause shown;

IT IS on this 1st day of February 2024,

**ORDERED THAT**, the sum of $150.00 is refunded through Pay.gov.

MELISSA E. RHOADS, CLERK

By: *Melissa Connolly*
Melissa Connolly, Management Analyst