

Warshaw Burstein, LLP                                    GRANT R. CORNEHLS
575 Lexington Avenue                                     Direct Dial: (212) 984-7819
New York, NY 10022                                      Email: gcornehls@wbny.com
(212) 984-7700

February 14, 2024

**BY ECF**
Hon. Zahid N. Quraishi
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *Doe v. Rutgers, Civ. No. 23-22385 (ZNQ)(DEA)*

Dear Judge Quraishi:

This firm represents Plaintiff in the above-referenced action.  We write pursuant to Local Civil Rule 7.1(d)(5) to obtain the automatic extension/adjournment of the original motion day of Defendant's Motion to Dismiss (ECF 29). The originally noticed motion day was March 4, 2024, and has not previously been extended or adjourned.  The new motion day will be March 18, 2024, the next available motion day following the originally noticed date.  Plaintiff will file his papers in opposition to the Motion on or before March 4, 2024, and Defendant's reply, if any, will be filed on or before March 11, 2024.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Grant R. Cornehls
Grant R. Cornehls

cc:     Amy L. Piccola, Esq. (*via* ECF)
        Levi R. Schy, Esq. (*via* ECF)

{1652640.2 }