UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,**<br><br>             Plaintiff,<br><br>       v.<br><br>**RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY,**<br><br>             Defendant. | Civil Action No. 23-22385 (ZNQ) (JTQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant Rutgers, the State University of New Jersey ("Motion", ECF No. 29).  For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **27th** day of **September 2024,**

    **ORDERED** that Defendant's Motion (ECF No. 29) is hereby **DENIED**.


                                                s/ Zahid N. Quraishi          
                                                **ZAHID N. QURAISHI**
                                                **UNITED STATES DISTRICT JUDGE**