

**GRANT R. CORNEHLS**
Direct Dial: (212) 984-7819
Email: gcornehls@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
Tel: 212-984-7700
www.wbny.com

January 15, 2025

**VIA ECF**

Hon. Zahid N. Quraishi
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

        Re:    ***Doe v. Rutgers***, Civ. No. 23-22385 (ZNQ)(JTQ)

Dear Judge Quraishi:

    We represent Plaintiff John Doe in the above-referenced matter.  Please be advised that attorneys Kimberly C. Lau and James E. Figliozzi, who have been permitted to appear *pro hac vice* in this matter, have joined a new firm and may be reached at  Offit Kurman, P.A., 590 Madison Avenue, 6th Floor, New York, New York 10022, (212) 545-1900.  We respectfully request that the Court update their e-mail addresses for receipt of ECF notifications in this matter to, respectively, kimberly.lau@offitkurman.com and james.figliozzi@offitkurman.com.  This firm will remain as local counsel in this matter.

    We thank the Court for its attention to this matter.

                      Respectfully,

                      Grant R. Cornehls

                      and

{1754681.1 }

WARSHAW BURSTEIN, LLP

Hon. Zahid N. Quraishi
January 15, 2025
Page 2

By: _____
**Kimberly C. Lau, Esq. (*pro hac vice*)**
**Offit Kurman, P.A.**
**590 Madison Avenue, 6th Floor**
**New York, New York 10022**
**Kimberly.lau@offitkurman.com**

cc:    All counsel of record (via ECF)

{1754681.1 }