

Amy L. Piccola
Phone: (215) 972-8405
Fax: (215) 972-7725
Amy.Piccola@saul.com
www.saul.com

February 13, 2025

*Via Electronic Case Filing*
Hon. Justin T. Quinn, U.S.M.J.
United States District Court - Trenton
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ  08608

RE: Stipulated Confidentiality Order
*John Doe v. Rutgers University* (3:23-cv-22385-ZNQ-JTQ)

Dear Judge Quinn:

This Firm represents Defendant Rutgers University (the "University") in the above-captioned matter.

The University and Plaintiff John Doe respectfully jointly submit for the Court's consideration and entry on the docket a stipulated Confidentiality Order (attached as Exhibit A). The Parties also submit, per the Court's instruction, a comparison report showing how the stipulated Confidentiality Order differs from the Court's form confidentiality order found at Appendix S of the Local Civil Rules (attached as Exhibit B).

Please do not hesitate to contact counsel should the Court need any additional information.

Respectfully Submitted,

Amy L. Piccola

cc:   All Counsel of Record (via ECF)

Centre Square West ◆ 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP