UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------X
JOHN DOE,

         **Plaintiff,**

    -against-

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY

         **Defendant.**
----------------------------------------------------X

Case No: 3:23-cv-22385-ZNQ-JTQ

STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff John Doe and Defendant Rutgers, the State University of New Jersey, stipulate to the dismissal of this matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorney's fees and costs incurred through the date of this Stipulation.

Dated: August 22, 2025

/s/ Grant R. Cornehls
GRANT R. CORNEHLS (GC-6123)
WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, New York 10022
(212) 984-7700

-and-

KIMBERLY C. LAU (*pro hac vice*)
JAMES E. FIGLIOZZI (*pro hac vice*)
OFFIT KURMAN, P.A.
590 Madison Avenue, 6th Floor
New York, NY 10022
(212) 545-1900
*Attorneys for Plaintiff John Doe*

/s/ Amy L. Piccola
JAMES A. KELLER
AMY L. PICCOLA
LEVI R. SCHY
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA
(215) 972-8405
*Attorneys for Defendant*


**SO ORDERED.**

s/ Zahid N. Quraishi
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

Dated: 08/25/2025